[No. 5914–6–III.   Division Three.   January 8, 1985.]

*In the Matter of the Marriage of* MARY E. JOHNSON,
*Respondent, and* WILLIAM A. JOHNSON, *Appellant.*

Appeal from a judgment of the Superior Court for Spo-

1044

kane County, No. 83-3-00148-8, Willard A. Zellmer, J., entered June 15, 1983. *Affirmed as modified* by unpublished opinion per Munson, J., concurred in by McInturff, A.C.J., and Thompson, J.